IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROB BOELK, JERRY SEGER, DAVE JACAK, GREG CONGDON, and DAVID MOFFITT, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | Case No.  12-cv-40-bbc |
| v. | |
| AT&T TELEHOLDINGS, INC., WISCONSIN BELL, INC., AMERITECH SERVICES, INC., and AT&T SERVICES, INC., | |
| Defendants. | |

This action came before the court for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants AT&T Teleholdings, Inc., Wisconsin Bell, Inc., Ameritech Services, Inc., and AT&T Services, Inc., granting their motion for summary judgment.

| | |
|---|---|
| /s/ | 7/19/2013 |
| Peter Oppeneer, Clerk of Court | Date |